No. 78–1214. P. P. G., INC., ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 78–1196. COUNTY OF THURSTON, NEBRASKA *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–1270. MCDANIEL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 78–1316. FLEX-A-LITE CORP. *v.* SCHWITZER DIVISION, WALLACE-MURRAY CORP. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 78–1298. BAIRD ET AL. *v.* PRATT, COMMISSIONER, DEPARTMENT OF PUBLIC WELFARE OF MASSACHUSETTS; and

No. 78–1430. PRETERM, INC., ET AL. *v.* KING, GOVERNOR OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Motions of Legal Defense Fund for Unborn Children for leave to file briefs as *amicus curiae* denied. Motions to appoint Alan Ernest as counsel for children unborn and born alive denied. Certiorari denied.

No. 78–1313. GATEWAY BOOKS, INC., ET AL. *v.* JACKSON, MAYOR OF ATLANTA, ET AL. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 78–1431. JOHNSON OIL CO., INC. *v.* MOUNTAIN FUEL SUPPLY CO. C. A. 10th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.